IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
12/14 20⁷ M

Deputy Clerk

UNITED STATES OF AMERICA,      )
                               )
v.                             )          Case No. CR517-03
                               )
SAMUEL SCOTT CADE,             )
                               )
              Defendant.       )

Murdoch Walker, II, counsel of record for defendant Samuel Scott Cade in the above-styled case has moved for leave of absence. The Court is mindful that personal and professional obligations require the absence of counsel on occasion. The Court, however, cannot accommodate its schedule to the thousands of attorneys who practice within the Southern District of Georgia.

Counsel may be absent at the times requested. However, nothing shall prevent the case from going forward; all discovery shall proceed, status conferences, pretrial conferences, and trial shall not be interrupted or delayed. It is the affirmative obligation of counsel to provide a fitting substitute.

SO ORDERED this 14th day of December 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA